# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| HOUSTON SHUTTERS LLC, | |
| Plaintiff, | **SUMMONS** |
| v. | Court No. 24-00175 |
| UNITED STATES, | |
| Defendant. | |

To:  The Attorney General of the United States
and the United States Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

/s/     Mario Toscano
Acting Clerk of the Court

1. <u>Name and standing of plaintiff:</u>

Plaintiff Houston Shutters LLC is a U.S. importer. On August 15, 2024, the U.S. Department of Commerce ("Department") issued a final determination declining to initiate a changed circumstances review ("CCR") requested by Houston Shutters seeking to exclude wood shutter components from the scope of the antidumping and countervailing duty ("AD/CVD") orders on wood mouldings and millwork products from the People's Republic of China ("PRC").

Plaintiff participated as a party in the above-referenced scope proceeding and is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A). Plaintiff accordingly has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief description of the contested determination:</u>

Plaintiff contests the Department's final determination in *Wood Mouldings and Millwork Products from the People's Republic of China: Determination Not to Initiate a Changed Circumstances Review*, dated August 15, 2024, declining to initiate a CCR requested by Plaintiff to exclude wood shutter components from the scope of the AD/CVD orders wood mouldings and millwork products from the PRC.

3. <u>Effective date of the determination:</u>

August 15, 2024, is the effective date when the Department issued its determination not to initiate a CCR requested by Plaintiff to exclude wood shutter components from the scope of the AD/CVD orders wood mouldings and millwork products from the PRC.

4. <u>Date of publication in the Federal Register:</u>

Not applicable. This Department's determination not to initiate a CCR requested by Plaintiff to exclude wood shutter components from the scope of the AD/CVD orders wood mouldings and millwork products from the PRC was not published in the Federal Register.

    Respectfully submitted,

    <u>/s/ Jordan C. Kahn</u>
    Alan R. Klestadt*
    Jordan C. Kahn

    GRUNFELD, DESIDERIO, LEBOWITZ
    SILVERMAN & KLESTADT LLP
    1201 New York Ave., NW
    Suite 650
    Washington, DC 20005
    (202) 783-6881
    -and-
    *599 Lexigton Ave. 36 FL
    New York, NY 10022
    (212) 557-4000

Dated:  September 16, 2024

8395747-1

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Jeanne E. Davidson, Esq.
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, D C 20530

John D. McInerney, Esq.
Office of the Chief Counsel for
Import Administration
**U.S. Department of Commerce**
14th Street & Pennsylvania Ave., NW
Washington, D.C. 20230