IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HOUSTON SHUTTERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant, | Before: Hon. Leo M. Gordon,<br>    Senior Judge<br><br>Court No. 24-00175 |

**PROPOSED DEFENDANT-INTERVENOR COALITION OF AMERICAN MILLWORK PRODUCERS' BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

                Timothy C. Brightbill, Esq.
                Laura El-Sabaawi, Esq.
                Elizabeth S. Lee, Esq.
                Theodore P. Brackemyre, Esq.

                WILEY REIN LLP
                2050 M Street, NW
                Washington, DC 20036
                (202) 719-7000

                *Counsel to Coalition of American Millwork Producers*

February 11, 2025

Ct. No. 24-00175

# TABLE OF CONTENTS

**Page**

I. INTRODUCTION ....................................................................................................................1
II. ARGUMENT..........................................................................................................................1
III. CONCLUSION.......................................................................................................................2

Ct. No. 24-00175

I.   **INTRODUCTION**

On behalf of Proposed Defendant-Intervenor Coalition of American Millwork Producers ("CAMP"), we respectfully submit the following amicus curiae brief in support of the motion to dismiss for lack of subject matter jurisdiction filed by Defendant United States. Def.'s Mot. to Dismiss for Lack of Subject Matter Jurisdiction (Feb. 4, 2025), ECF No. 24. This brief is filed with the Court's permission and in accordance with the orders issued by the Court on December 2, 2024. *See* Order (Dec. 2, 2024), ECF No. 22; Scheduling Order (Dec. 2, 2024), ECF No. 23.

II.  **ARGUMENT**

CAMP supports the arguments set forth in the motion to dismiss for a lack of subject matter jurisdiction filed by Defendant on February 4, 2025. *See* Def.'s Mot. to Dismiss for Lack of Subject Matter Jurisdiction (Feb. 4, 2025), ECF No. 24 at 7-10. CAMP agrees with Defendant that this Court lacks subject matter jurisdiction under 28 U.S.C. § 1581(c) to review the U.S. Department of Commerce's decision not to initiate a changed circumstances review, which is the subject of this appeal. Therefore, this case should be dismissed. CAMP does not wish to address arguments that are substantively different from those raised by Defendant in its motion.

1

Ct. No. 24-00175

## III.  CONCLUSION

Proposed Defendant-Intervenor CAMP respectfully requests that the Court grant Defendant's motion to dismiss this action for a lack of subject matter jurisdiction.

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Elizabeth S. Lee, Esq.
Theodore P. Brackemyre, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to Coalition of American Millwork Producers*

February 11, 2025

2

CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Proposed Defendant-Intervenor Coalition of American Millwork Producers' Brief in Support of Defendant's Motion to Dismiss, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2019), is 226 words.

*/s/ Timothy C. Brightbill*
(Signature of Attorney)

Timothy C. Brightbill
(Name of Attorney)

Coalition of American Millwork Producers
(Representative Of)

February 11, 2025
(Date)